CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AIMEE CARLISLE (Bar No. 351972)
(E-Mail: aimee_carlisle@fd.org)
HOWARD SHNEIDER (Bar No. 309492)
(E-Mail: howard_shneider@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

CRAIG HARBAUGH
Harbaugh Law, PC
360 E. 2nd Street, Suite 800
Los Angeles, CA 90012
(213) 986-8656
craig@harbaugh.law

Attorneys for Defendant
DENNIS ANAYA URIAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00413-AB-3 |
| Plaintiff, | |
| v. | **RESPONSE TO STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO THE SPEEDY TRIAL ACT (DKT. 85)** |
| ROBERTO CARLOS AGUILAR, GREVIL ZELAYA SANTIAGO, DENNIS ANAYA URIAS, | |
| Defendants. | |

Dennis Anaya Urias, through counsel, files this response to the stipulation to continue trial (Dkt. 85) to alert the Court that some of the language in the filed stipulation is not language the defense agreed to.

//

//

//

Counsel for co-defendants Roberto Carlos Aguilar and Grevil Zelaya Santiago join in this filing.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

CRAIG HARBAUGH, ESQ.

DATED: April 20, 2026          By _____ */s/* _____
                                   Aimee Carlisle
                                   Howard Shneider
                                   Deputy Federal Public Defenders

                                   Craig Harbaugh
                                   Learned Counsel

                                   Attorneys for Dennis Anaya Urias


                               By */s/ Mark M. Kassabian* _____
                                   Mark M. Kassabian
                                   John R. Grele, Learned Counsel
                                   Attorneys for Roberto Carlos Aguilar


                               By */s/ James M. Chavez* _____
                                   James M. Chavez
                                   Richard Deke Falls, Learned Counsel
                                   Attorneys for Grevil Zelaya Santiago

2

**RESPONSE TO STIPULATION**

On March 10, 2026, the government circulated a stipulation to continue the trial date. At paragraph 6(b) on page 3 of this document, the stipulation noted that the defense made its presentation to the Capital Review Committee on March 3, 2026.[1] *See* Ex. A, Original Stipulation, page 3, ¶ 6(b). The paragraph went on to explain that even if the Attorney General chose not to seek the death penalty, the defense would still need ample time to prepare for trial. The new proposed date for trial was October 12, 2027.

Each defendant reviewed the version of the stipulation in Exhibit A with their respective attorneys. That is the version of the stipulation that was read to the defendants in Spanish, and the version that each defendant signed. Mr. Anaya signed that version of the stipulation on March 18, Mr. Aguilar signed it on March 26, and Mr. Zelaya signed it on April 14.

On April 9, 2026, the defense teams found out that Acting Attorney General Todd Blanche had authorized the case for the death penalty.

On April 15, 2026, the government filed a stipulation to continue the trial date. Dkt. 85. The version of the stipulation the government filed changed the language in paragraph 6(b) on page 3. Unlike the version that the defendants signed—which explained that the continuance was needed regardless of whether the government authorized the case for death—the new version asserted the continuance was needed because the government was seeking death. Dkt. 85, p. 3, ¶ 6(b).

The government never advised the defense that it changed the language in the stipulation. Instead, the government made the changes and filed the new stipulation without informing defense counsel or giving counsel a chance to confer with their clients.

The defense files this response to make clear that none of the defendants agreed to the language in the filed stipulation in paragraph 6(b). Instead, all defendants solely

---

[1] In reality the presentation was on March 2, 2026.

1

agreed to the language in that same paragraph in Exhibit A. The defendants' agreement to the continuance was not contingent on the government authorizing the case for the death penalty. Despite the unilateral changes in the stipulation, the defense still agrees to the proposed continuance to at least October 12, 2027.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

CRAIG HARBAUGH, ESQ.

DATED:  April 20, 2026        By        /s/
                                    Aimee Carlisle
                                    Howard Shneider
                                    Deputy Federal Public Defenders

                                    Craig Harbaugh
                                    Learned Counsel

                                    Attorneys for Dennis Anaya Urias

                              By /s/ Mark M. Kassabian
                                    Mark M. Kassabian
                                    John R. Grele, Learned Counsel
                                    Attorneys for Roberto Carlos Aguilar

                              By /s/ James M. Chavez
                                    James M. Chavez
                                    Richard Deke Falls, Learned Counsel
                                    Attorneys for Grevil Zelaya Santiago

2